UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KATHRYN AYERS, HAL BLATMAN, PAMELA BRIDGEN, ROBERTO CONTRERAS, LUBOR JAROLIMEK, LACY KOONCE, DONALD LANCTO, GERALDINE LANCTO, S&J LEE PARTNERS, LTD., and SIL FAMILY LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES YIU LEE, TIMO ETTORE, CONNIE CASELLANOS, and LARISSA ETTORE,<br><br>Defendants. | Case No. 2:13-cv-02219-MMD-PAL<br><br>ORDER |
|---|---|

Before the Court is Defendants' motion to change venue seeking to transfer this action to the Southern District of California. (Dkt. no. 18.) In response, Plaintiffs have indicated that they do not oppose Defendants' motion. (Dkt. no. 25.) In fact, Plaintiffs acknowledge that transfer may promote judicial economy and convenience for the parties and witnesses because of an enforcement action filed in the Southern District of California by the U.S. Securities and Exchange Commission against defendant James Yiu Lee and other relief defendants. *See U.S. Securities and Exchange Commission v. Lee*, case no. 3-14-cv-347-LAB-BGS (S. D. Cal. Feb. 14, 2014).

It is therefore ordered that Defendants' motion to change venue (dkt. no. 18) is granted. This case is transferred to the Southern District of California.

DATED THIS 10th day of March 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE